

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            Plaintiff,                         )<br>                                                      )<br>       v.                                          )<br>                                                      )<br> Monica ZARATE,                         )<br>                                                      )<br>            Defendant.                      )<br> _____ ) | Magistrate Case No. **'21 MJ02201**<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about May 30, 2021, within the Southern District of California, Defendant Monica ZARATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, A.M.O., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of June 2021.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Efrain Carrillo, declare under penalty of perjury the following to be true and correct:

The complainant states that A.M.O (a minor) is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 30, 2021, at approximately 3:40 A.M, Monica ZARATE (Defendant), a United States citizen, applied for admission into the United States from Mexico at the Otay Mesa, California Port of Entry primary vehicle lanes. Defendant was the driver and sole visible occupant of a Dodge Durango bearing State of California license plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant stated a destination of Vista, California with nothing to declare. During primary inspection, the CBP Officer received a computer generated alert. The CBP Officer referred Defendant and vehicle to the vehicle secondary area of operations.

In the secondary area of operations, a CBP Canine Enforcement Officer (CEO) screened Defendant's vehicle with his assigned canine dog and received an alert to the rear of the vehicle. The CEO conducted an inspection of the cargo area and discovered a male individual concealed in the cargo factory compartment. The individual was later identified as A.M.O (a minor), determined to be a citizen of Mexico without legal documents to enter the United States and is now being held as a Material Witness.

Defendant was secured and escorted to the security office area of operations pending further investigation.

At approximately 9:24 A.M., Defendant was advised of her Miranda rights and elected to make a statement. Defendant stated she travelled to Tijuana, Mexico to visit her boyfriend. Defendant stated she borrowed the vehicle used in the smuggling attempt from her boyfriend's friend. Defendant denied knowledge of the individual concealed within her vehicle and said she was going home to Vista, California.

Probable Cause Statement continued on page 2...
Continuation of Probable Cause Statement
RE: U.S. v. Monica ZARATE

Material Witness admitted to being a citizen of Mexico, with no legal documents to enter the United States. Material Witness admitted his brother made the smuggling arrangements to be unlawfully transported into the United States for a smuggling fee of $17,000 United States dollars. Material Witness admitted to a final destination of Santa Maria, California.

Executed on this 30th day of May, 2021 at 10:00 P.M.

_____
Efrain Carrillo / CBP CEU Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on May 30, 2021, in violation of Title 8, United States Code, Section 1324.

_____                    6:38 PM, May 31, 2021
UNITED STATES MAGISTRATE JUDGE                    DATE / TIME